THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

LORI ANN PERRY, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD. d/b/a ROYAL CARIBBEAN GROUP, a Liberian corporation,

Defendant.

Case No.: 2:26-cv-00004-JNW

**STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY CASE PENDING ARBITRATION (DKT. 22)**

**NOTE ON MOTION CALENDAR: APRIL 23, 2026**

Stipulated Motion

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica. CA 90401

## **STIPULATED MOTION**

Pursuant to Local Rule 7(d)(1), Plaintiff Lori Ann Perry ("Plaintiff") and Defendant Royal Caribbean Cruises Ltd. d/b/a/ Royal Caribbean Group ("Defendant," and together with Plaintiff, the "Parties"), by and through their counsel, hereby submit this stipulated motion to extend deadlines for the Parties' briefing related to Defendant's Motion to Compel Arbitration and Stay Case Pending Arbitration. In support of this motion, the Parties state as follows:

1.      On November 21, 2025, Plaintiff filed a class action Complaint against Defendant in the Superior Court of the State of Washington, King County.

2.      On January 2, 2026, Defendant timely filed a notice of removal (Dkt. 1).

3.      Counsel for the Parties previously filed stipulated notices to extend Defendant's deadline to respond to Plaintiff's Complaint and set the briefing schedule (Dkt. 8, 14, 16, 20).

4.      On March 6, 2026, Defendant filed a Motion to Compel Arbitration and Stay Case Pending Arbitration (Dkt. 18).

5.      On March 13, 2026, Counsel for the Parties filed a fourth stipulated notice to extend the deadline to respond to Plaintiff's Complaint and set the briefing schedule (Dkt. 20), and Defendant filed its withdrawal of the previously filed Motion to Compel Arbitration (Dkt. 21).

6.      On March 13, 2026. Defendant refiled its Motion to Compel Arbitration and Stay Case Pending Arbitration ("Motion to Compel") (Dkt. 22).

7.      On March 18, 2026, the Parties filed a Stipulated Motion to Extend Briefing Schedule re: Defendant's Motion to Compel Arbitration and Stay Case Pending Arbitration (Dkt. 24). The Court granted the Stipulated Motion (Dkt. 25).

8.      Counsel for the Parties have further met and conferred regarding the Motion to Compel and are discussing potential options to resolve Defendant's Motion to Compel without the need for further briefing with the Court.

9.      In light of the Parties' continued meet and confers and the possibility that the issues raised by Defendant's Motion to Compel may be resolved without the need for further briefing or the Court's intervention, the Parties respectfully submit that good cause exists to extend the remaining briefing deadlines by one week while the Parties continue to work to resolve these issues.

Stipulated Motion                                  1

10.    Accordingly, the Parties stipulate to and request that the briefing deadlines for Defendant's Motion to Compel be extended as follows:

| Case Event | Deadline (per Dkt. 25) | Amended Deadline |
|---|---|---|
| Plaintiff's Opposition to Defendant's Motion to Compel | April 24, 2026 | May 1, 2026 |
| Defendant's Reply in Support of Motion to Compel | May 20, 2026 | May 27, 2026 |

Dated: April 23, 2026                    Respectfully submitted,

By: */s/ Jonas Jacobson*

Jonas B. Jacobson (WSBA 62890)
jonas@dovel.com
Simon Franzini (WSBA 63689)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Counsel for Plaintiff*
*Lori Ann Perry*


By: */s/ Rachel Herd*

Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Emma C. Englund, WSBA #56178
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
laurenrainwater@dwt.com
rachelherd@dwt.com
emmaenglund@dwt.com

*Attorneys for Defendant*

Stipulated Motion                    2

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica. CA 90401

*Royal Caribbean Cruises Ltd.*
*d/b/a Royal Caribbean Group*

IT IS SO ORDERED

DATED THIS 24th day of April, 2026.

Jamal N. Whitehead
United States District Judge

Stipulated Motion                          3

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica. CA 90401