THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LORI ANN PERRY, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD. d/b/a ROYAL CARIBBEAN GROUP, a Liberian corporation,

Defendant.

Case No.: 2:26-cv-00004-JNW

STIPULATED MOTION TO FILE FIRST AMENDED COMPLAINT; STAY PLAINTIFF PERRY'S CLAIMS; EXTEND DEFENDANT'S RESPONSE DEADLINE; AND TAKE OFF CALENDAR PENDING MOTION TO COMPEL ARBITRATION (DKT. 22)

NOTE ON MOTION CALENDAR: May 14, 2026

Stipulated Motion

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica. CA 90401

**<u>STIPULATED MOTION</u>**

Pursuant to Local Rule 7(d)(1), Plaintiff Lori Ann Perry ("Plaintiff") and Defendant Royal Caribbean Cruises Ltd. d/b/a/ Royal Caribbean Group ("Defendant," and together with Plaintiff, the "Parties"), by and through their counsel, hereby submit this stipulated motion to (1) allow Plaintiff to file a First Amended Complaint to add a second named plaintiff and proposed class representative; (2) take off calendar Defendant's Motion to Compel Arbitration and Stay Case Pending Arbitration ("Motion to Compel") (Dkt. 22); (3) stay Plaintiff's claims pending resolution of the arbitration proceeding; and (4) set Defendant's deadline to respond to the forthcoming First Amended Complaint. In support of this motion, the Parties state as follows:

1. On November 21, 2025, Plaintiff filed a class action Complaint against Defendant in the Superior Court of the State of Washington, King County.

2. On January 2, 2026, Defendant timely filed a notice of removal (Dkt. 1).

3. Counsel for the Parties previously filed stipulated notices to extend Defendant's deadline to respond to Plaintiff's Complaint and set the briefing schedule (Dkt. 8, 14, 16, 20).

4. On March 6, 2026, Defendant filed a Motion to Compel Arbitration and Stay Case Pending Arbitration (Dkt. 18).

5. On March 13, 2026, Counsel for the Parties filed a fourth stipulated notice to extend the deadline to respond to Plaintiff's Complaint and set the briefing schedule (Dkt. 20), and Defendant filed its withdrawal of the previously filed Motion to Compel Arbitration (Dkt. 21).

6. On March 13, 2026, Defendant refiled its Motion to Compel.

7. On April 7, 2026, Plaintiff requested that Defendant stipulate to allow Plaintiff to file a First Amended Complaint to add a second named plaintiff and proposed class representative, Cassandra Martinson.

8. The Parties have been meeting and conferring on potential resolution of Defendant's Motion to Compel and Plaintiff's request for leave to file a first amended complaint naming Cassandra Martinson as a second named plaintiff and proposed class representative without the need for further briefing with the Court. To facilitate those discussions, the Parties have previously stipulated to extend the briefing schedule on the Motion to Compel. (Dkts. 24, 28, 30.) The current

Stipulated Motion                                        1

deadline for Plaintiff to file her Opposition to Defendant's Motion to Compel is May 15, 2026, and Defendant's deadline to file a Reply is June 10, 2026. (Dkt. 31.)

9. Since the previous stipulation, the Parties have continued to confer on these issues. The Parties continue to disagree as to whether (1) Ms. Perry's claims fall within the scope of Defendant's arbitration agreement (2) whether this is a question for the Court or for an arbitrator. Nevertheless, without waiving any other arguments regarding arbitrability, the Parties have reached the following agreement to resolve their disagreements without the need for the Court to intervene, subject to court approval:

- Plaintiff will file a First Amended Complaint naming Cassandra Martinson as an additional named plaintiff and proposed class representative by May 27, 2026;
- The Parties will submit the question of whether Plaintiff Lori Perry's claims are within the scope of Defendant's arbitration agreement to an arbitrator. Plaintiff Lori Perry's claims will be stayed while the Parties resolve this dispute, but Ms. Martinson's claims (which Defendant does not contend are subject to arbitration at this time) shall not be stayed;
- Defendant's deadline to respond to the First Amended Complaint will be extended to August 25, 2026;
- The Parties will meet and confer by August 10, 2026, regarding the status of Plaintiff Lori Perry's arbitration, and provide a joint status report to the Court that shall include an update on the arbitration proceeding and the Parties' positions on next steps.

10. Accordingly, the Parties stipulate and request that the Court enter an order:

a. Taking Defendant's Motion to Compel off calendar and vacating all deadlines associated with the Motion to Compel;

b. Setting Plaintiff's deadline to file a First Amended Complaint for May 27, 2026;

c. Staying Plaintiff Lori Perry's claims pending resolution of the arbitration proceeding;

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica. CA 90401

d.    Setting Defendant's deadline to respond to the First Amended Complaint for August 25, 2026;

e.    Ordering the Parties to meet and confer by August 10, 2026 regarding the status of Plaintiff Lori Perry's arbitration and to file a joint status report updating the Court and including the Parties' positions on next steps.

Dated: May 14, 2026                                Respectfully submitted,

By: */s/ Jonas Jacobson*

Jonas B. Jacobson (WSBA 62890)
jonas@dovel.com
Simon Franzini (WSBA 63689)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Counsel for Plaintiff*
*Lori Ann Perry*

By: */s/ Lauren B. Rainwater*

Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Emma C. Englund, WSBA #56178
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
laurenrainwater@dwt.com
rachelherd@dwt.com
emmaenglund@dwt.com

*Attorneys for Defendant*
*Royal Caribbean Cruises Ltd.*
*d/b/a Royal Caribbean Group*

Stipulated Motion                          3                    Dovel & Luner, LLP
                                                               201 Santa Monica Blvd., Suite
                                                               600
                                                               Santa Monica. CA 90401

IT IS SO ORDERED

DATED THIS 15th day of May, 2026.

Jamal N. Whitehead
United States District Judge

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica. CA 90401